**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:____________
DATE FILED: 7/11/22

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CARMEN TAVAREZ-VARGAS, Individually, and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>RIVIERA SEAFOOD CLUB, LLC,<br><br>Defendant. | Case No.: 1:21-cv-10016-VEC<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff Carmen Tavarez-Vargas hereby gives notice that the above-captioned action is voluntarily dismissed, with prejudice, against defendant Riviera Seafood Club, LLC

DATED: July 8, 2022

**MIZRAHI KROUB LLP**

/s/ Edward Y. Kroub
EDWARD Y. KROUB

EDWARD Y. KROUB
JARRETT S. CHARO
WILLIAM J. DOWNES
200 Vesey Street, 24th Floor
New York, NY 10281
Telephone: 212/595-6200
212/595-9700 (fax)
ekroub@mizrahikroub.com
jcharo@mizrahikroub.com
wdownes@mizrahikroub.com

*Attorneys for Plaintiff*

This case is hereby dismissed with prejudice. The Clerk of Court is respectfully directed to close any open motions and close the case.
SO ORDERED.

Valerie Caproni
7/11/22

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE